**Order entered December 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01448-CR

**ERMITANO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82911-2016**

## ORDER

We **GRANT** the State's Motion for Extension of Time to File State's Brief.

We **ORDER** the State's Brief, received by the Court on December 2, 2019, filed as of the

date of this order.

/s/     BILL WHITEHILL
           PRESIDING JUSTICE